IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMEEL R. COLES,

        Plaintiff,                  No. 2:10-cv-1996-MCE-KJN-P

    vs.

MATTHEW CATE, Secretary,
California Department Corrections
and Rehabilitation,

        Defendant.             <u>ORDER</u>

/

        The Clerk of Court is directed to send to plaintiff, at California State Prison-Sacramento, a copy of this order, and a copy of the court's findings and recommendations filed December 15, 2011.  Although plaintiff was temporarily incarcerated at the Sacramento County Jail (Dkt. No. 24), the "Inmate Locator" index, operated by the California Department of Corrections and Rehabilitation, indicates that plaintiff is permanently housed at California State Prison-Sacramento.

        Plaintiff is informed that he failed to comply with the requirement of Local Rule 183(b) that he keep the court apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

        Nevertheless, the court will accord plaintiff the opportunity to review, and file

1

1  objections to, the pending findings and recommendations.  Plaintiff shall file and serve his
2  objections, if any, within fourteen days after service of this order.  No extensions of time will be
3  granted.
4       SO ORDERED.
5  DATED:  February 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cole1996.re-serve